# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLETTE S MILLER | Chapter 13 |
| Debtor | Bankruptcy No. 18-16225-MDC |

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this \_\_\_9th\_\_\_ day of \_\_\_May\_\_\_, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT CAPTAIN LEITE-YOUNG
6950 CASTOR AVENUE

PHILADELPHIA, PA 19149-

Debtor:
CARLETTE S MILLER

115 JACOBS DRIVE

COATESVILLE, PA 19320