United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Carlette S. Miller
    Debtor

Case No. 18-16225-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 2      Date Rcvd: May 09, 2019
                      Form ID: pdf900      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.
```
db            +Carlette S. Miller,    115 Jacobs Drive,    Coatesville, PA 19320-5536
14199776      +Carrington Mortgage,    PO Box 3489,    Anaheim, CA 92803-3489
14236540      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14199778      +KML Law Group, P.C.,    701 Market Street, Ste 5000,    Philadelphia, PA 19106-1541
14199779      +Real Time,   1349 Empire Central Drive, Ste 150,    Dallas, TX 75247-4029
14203505      +THE BANK OF NEW YORK MELLON,    C/O KEVIN G. MCDONALD,    701 Market St. Suite 5000,
               Philadelphia, PA 19106-1541
14244508      +The Bank of New York Mellon,    c/o Kevin G. McDonald, Esq.,    KML Law Group,PC,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14199780      +Trojan Profile,    4410 Cerritos Avenue,    Los Alamitos, CA 90720-2549
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov May 10 2019 02:40:46      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2019 02:40:11
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 10 2019 02:40:35      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14199775      +E-mail/Text: mnapoletano@ars-llc.biz May 10 2019 02:41:05      Ability Recovery Services,
               PO Box 4031,    Wyoming, PA 18644-0031
14225735       E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 02:44:17
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
               Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14199777       E-mail/Text: bankruptcy.bnc@ditech.com May 10 2019 02:39:58      GreenTree Servicing, LLC,
               345 St Peter Street,    Saint Paul, MN 55102
14213988       E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 02:43:31
               LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
               LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14216729       E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 02:43:30
               LVNV Funding, LLC its successors and assigns as,    assignee of Vion Holdings LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14235220       E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2019 02:44:17
               Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14235040       E-mail/Text: bkdepartment@rtresolutions.com May 10 2019 02:40:30
               Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
               Dallas, Texas 75247-4029
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee, et al.. bkgroup@kmllawgroup.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Carlette S. Miller rleite@roachleite.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
```

```
District/off: 0313-2           User: Randi                 Page 2 of 2              Date Rcvd: May 09, 2019
                               Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                  TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CARLETTE S MILLER                                        Chapter 13

                    Debtor                Bankruptcy No. 18-16225-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this ____9th____ day of _____May_____, 201_9_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT CAPTAIN LEITE-YOUNG
6950 CASTOR AVENUE

PHILADELPHIA, PA 19149-


Debtor:
CARLETTE S MILLER

115 JACOBS DRIVE

COATESVILLE, PA 19320